# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**L.I.S. Transport LLC,**

  **Plaintiff,**

v.

**Navistar, Inc.,**

  **Defendant.**

Case No. 2:19-cv-57

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On March 28, 2019, Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), ECF No. 14, regarding Plaintiff's motion to remand, ECF No. 9. Magistrate Judge Vascura recommended that the motion to remand be **GRANTED**. R&R 6, ECF No. 14.

Magistrate Judge Vascura notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 7. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 6–7.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Plaintiff's motion to remand, ECF No. 9, is **GRANTED** consistent with the R&R. This matter is **REMANDED** to the Court of Common Pleas for Licking County, Ohio.

**IT IS SO ORDERED.**

              _____
              **MICHAEL H. WATSON, JUDGE**
              **UNITED STATES DISTRICT COURT**